UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

<u>Nancy Duhaime</u>

    v.                          Civil No. 09-cv-00018-JL

<u>Host International, Inc.</u>

### **<u>ORDER AFTER PRELIMINARY PRETRIAL CONFERENCE</u>**

The Preliminary Pretrial Conference was held in chambers on **May 15, 2009.**

The caption is amended to substitute the correct name of the defendant, as reflected in the caption above.

The Discovery Plan (document no. 8) is approved as submitted, with the following changes:

- "<u>DiBennedetto</u>" disclosure deadline--**June 1, 2009**
- Depositions--the plaintiff is allowed the same number and duration as the defendant.

Based on the discussions between the court and counsel at the conference, the following affirmative defenses are **stricken** without prejudice to being reinstated on request if warranted by the evidence: fourth (unclean hands) and fifth (estoppel).

The defendant will amend ¶¶ 18 and 23 of its Answer to clearly indicate its position with respect to the events alleged in the corresponding allegations in the complaint.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated:  May 15, 2009

cc:   Brian C. Shaughnessy, Esq.
      Peter G. Callaghan, Esq.
      Margaret Wood Danielski, Esq.